RECEIVED

JUN 30 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **WILLIAM STAMPS** (Reg.# 10953-042) | **DOCKET NO. 15-CV-218; SEC. P** |
| **VERSUS** | **JUDGE DEE D. DRELL** |
| **FREDRICK MENIFEE, ET AL.** | **MAGISTRATE JUDGE JAMES D. KIRK** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint be **DENIED AND DISMISSED** with prejudice for failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 29 day of June, 2015.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT